IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| TRI STATE ADVANCED SURGERY CENTER,LLC, GLENN A. CROSBY, II, MD, FACS, and MICHAEL HOOD, MD, | § § § § | |
| Plaintiffs | § | Case No. 3:14-CV-00143 JM |
| v. | § § | |
| HEALTH CHOICE, LLC and CIGNA HEALTHCARE OF TENNESSEE, INC., | § § § | |
| Defendants | § | |

## UNOPPOSED MOTION OF PLAINTIFFS FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM AND MOTION TO DISMISS

Plaintiffs, Glenn A. Crosby, II, MD, FACS and Michael Hood, MD ("Plaintiffs"), and Plaintiffs/Counterclaim Defendants, Tri-State Advanced Surgery Center, LLC and SurgCenter Development, Inc., ("Plaintiffs/Counterclaim Defendants"), for its unopposed Motion for Extension of Time to Respond to Counterclaim and Motions to Dismiss, respectfully state as follows:

1.    Plaintiffs Response to the Motions to Dismiss is currently due on or before September 12, 2014.

2.    Counterclaim Defendants' Response to Counterclaim Plaintiff Cigna's Counterclaim is currently due on or before September 23, 2014.

3.    One of the principal counsel for Plaintiffs/Counterclaim Defendants will be out of the country for approximately three weeks beginning on September 5, 2014.

4.      In addition, Plaintiffs/Counterclaim Defendants must respond to two separate Motions to Dismiss as well as responding to the counterclaims within the similar time frame. In order to adequately respond to both the Motions to Dismiss, and the Counterclaim, Plaintiffs will have to make at least three and perhaps four separate filings.

5.      Counsel for the parties have agreed that as a matter of efficiency and to avoid duplication of arguments to the greatest extent possible, all briefing on dispositive motions should occur on the same schedule.  Counsel for Defendants have therefore agreed that Plaintiffs should be allowed to file their response to the Motions to Dismiss and Counterclaim Defendants file their responsive pleading(s) on or before October 10, 2014.  As part of this agreement,  the time for Defendants'  to file reply briefs on their Motions to Dismiss, if any, would be extended so that they would due on or before October 30, 2014.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court extent their time to respond to the Motions to Dismiss and Counterclaim through and including October 10, 2014.

Respectfully submitted,

/s/ *W. Tucker Brown*
Joe R. Whatley, Jr.
(admitted *pro hac vice*)
W. Tucker Brown (admitted *pro hac vice*)
Whatley Kallas, LLP
Park Place Tower
2001 Park Place North
Suite 1000
Birmingham, AL  35203
Telephone:  (205) 488-1200
Facsimile:  (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

Edith M. Kallas (admitted *pro hac vice*)
Whatley Kallas, LLP
1180 Avenue of the Americas
Suite 2000
New York, NY  10036
Telephone:  (212) 447-7060
Facsimile:   (800) 922-4857
ekallas@whatleykallas.com

Deborah J. Winegard
(admitted *pro hac vice*)
Whatley Kallas, LLP
1068 Virginia Avenue, NE
Atlanta, GA  30306
Telephone:  (404) 607-8222
Facsimile:   (404) 220-9625
dwinegard@whatleykallas.com

Scott E. Poynter (#90077)
Will T. Crowder(#03138)
Corey Darnell McGaha
Emerson Poynter LLP
1301 Scott Street
Little Rock, AR  72202
Telephone:  (501) 907-2555
Facsimile:  (501) 907-2556
jemerson@emersonpoynter.com
scott@emersonpoynter.com
wcrowder@emersonpoynter.com
cmgaha@emersonpoynter.com

John G. Emerson
Emerson Poynter LLP
830 Appollo Lane
Houston, TX  77058
Telephone:  (281) 488-8854
Facsimile:  (281) 488-8867
jemerson@emersonpoynter.com

***ATTORNEYS FOR PLAINTIFFS/
COUNTERCLAIM DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

Leigh M. Chiles (#98223)
Leo M. Bearman, Jr. (admitted *pro hac vice*)
Matthew S. Mulqueen
(admitted *pro hac vice*)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN  38103
Telephone:  (901) 577-2207
Facsimile:  (901) 577-2303
lchiles@bakerdonelson.com
lbearman@bakerdonelson.com
mmulqueen@bakerdonelson.com

Lea Carol Owen (admitted *pro hac vice*)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
211 Commerce Street
Suite 800
Nashville, TN 37201
Telephone:  (615) 726-5600
cowen@bakerdonelson.com

John E. Tull, III (#84150)
Chad W. Pekron (#2008144)
Robert Ryan Younger (#2008209)
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center Street
Suite 1900
Little Rock, AR  72201-3325
Telephone:  (501) 379-1700
cpekron@qgtb.com
jtull@qgtb.com
ryounger@qgtb.com

Joshua B. Simon
Warren Haskel
Ryan D. McEnroe
Dmitriy G. Tishyevich
Christian Reigstad
Terence Y. Leong
(all admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
jsimon@kirkland.com
whaskel@kirkland.com
rmcenroe@kirkland.com
dtishyevich@kirkland.com
creigstad@kirkland.com
tleong@kirkland.com

/s/ *W. Tucker Brown*
Of Counsel