IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D. | | PLAINTIFFS |
| v. | Case No. 3:14-CV-00143-JM | |
| HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC. | | DEFENDANTS |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC. | | COUNTERCLAIM-PLAINTIFFS |
| v. | | |
| SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC | | COUNTERCLAIM-DEFENDANTS |

**NOTICE OF SERVICE OF PROCESS ON
SURGICAL CENTER DEVELOPMENT, INC.,
D/B/A SURGCENTER DEVELOPMENT**

Defendant/Counterclaim-Plaintiffs Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, and Cigna Healthcare of Tennessee, Inc., by and through the undersigned counsel, pursuant to Rule 4 of the Federal Rules of Civil Procedure, state that they have served a copy of a summons in a civil action and counterclaim on Counterclaim-Defendants, Surgical Center Development, Inc. d/b/a Surgcenter Development, by serving its Registered Agent, Nevada Business Services, at the registered agent's address, 1805 North Carson Street, Suite X, Carson City, Nevada  89701, by personal service upon Ellen Ramsey,

Administrative Assistant. The affidavit showing proof of service on September 5, 2014, is attached hereto as Exhibit "1".

Dated: September 11, 2014

/s/ *Chad W. Pekron*

| | |
|---|---|
| Joshua B. Simon | John E. Tull III (84150) |
| Warren Haskel | Chad W. Pekron (2008144) |
| Ryan D. McEnroe | R. Ryan Younger (2008209) |
| Dmitriy G. Tishyevich | QUATTLEBAUM, GROOMS, TULL |
| (all admitted *pro hac vice*) | & BURROW, PLLC |
| KIRKLAND & ELLIS LLP | 111 Center Street, Suite 1900 |
| 601 Lexington Avenue | Little Rock, AR  72201 |
| New York, NY  10022 | Telephone:  (501) 379-1700 |
| Telephone:  (212) 446-4800 | Facsimile:  (501) 379-1701 |
| Facsimile:  (212) 446-4900 | jtull@qgtb.com |
| joshua.simon@kirkland.com | cpekron@qgtb.com |
| warren.haskel@kirkland.com | ryounger@qgtb.com |
| ryan.mcenroe@kirkland.com | |
| dmitriy.tishyevich@kirkland.com | |

*Counsel for Defendant Cigna Healthcare of Tennessee, Inc.,*
*and Counterclaim-Plaintiffs Connecticut General Life Insurance*
*Company and Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 11, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, which will send notification of such filing to attorneys of record who are known as "Filing Users."

/s/ Chad W. Pekron
Chad W. Pekron