```
AFFT
Quattlebaum, Grooms, Tull & Burrow PLLC
Chad W. Pekron
111 Center Street, Suite 1900
Little Rock, AR 72201
State Bar No.: 2008144
Attorney(s) for: Plaintiff(s)
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT ARKANSAS

Case No.: 3:14-CV-00143-JM
Dept. No.:
Date:
Time:

**Connecticut General Life Insurance Company; et al**
vs    *Counterclaim Plaintiff(s)*
**Surgical Center Development, Inc. d/b/a Surgcenter Development, and Tri State Advanced Surgery Center, LLC**
    *Counterclaim Defendant(s)*

### AFFIDAVIT OF SERVICE

I, **Lucero Ivette Gaxiola**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **1** copy(ies) of the: **Summons in a Civil Action; Cigna's Counterclaims; Letter** on the **4th** day of **September, 2014** and served the same on the **5th** day of **September, 2014** at **12:21 pm** by serving the **Counterclaim-Defendants, Surgical Center Development, Inc. d/b/a Surgcenter Development** by personally delivering and leaving a copy at **Registered Agent: Nevada Business Services, 1805 N. Carson St. Suite X, Carson City, NV 89701** with **Ellen Ramsey, Administrative Assistant** pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the registered agent as shown on the current certificate of designation filed with the Secretary of State.

State of Nevada, County of **Washoe**
SUBSCRIBED AND SWORN to before me on this **8th** day of **September 2014**

Notary Public  D. Pisciotta

D. PISCIOTTA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 06-106305-2 - Expires August 29, 2018

Affiant - Lucero Ivette Gaxiola    #: R-070709

Legal Process Service,   License # 604
WorkOrderNo **1407750**

EXHIBIT 1

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101   (702) 471-7255