**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D. | PLAINTIFFS |
| v. | Case No. 3:14-CV-00143-JM |
| HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC. | DEFENDANTS |

---

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC. | COUNTERCLAIM-PLAINTIFFS |
| v. | |
| SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC | COUNTERCLAIM-DEFENDANTS |

**[PROPOSED] SCHEDULING ORDER**

Counsel for Plaintiff Glenn A. Crosby, II, M.D., FACS and Plaintiff Michael Hood, M.D. (collectively, "Plaintiff-Physicians"); Plaintiff/Counterclaim-Defendant Tri State Advanced Surgery Center, LLC ("Tri State"); Defendant Health Choice, LLC ("Health Choice"); Counterclaim-Defendant Surgical Center Development, Inc. d/b/a SurgCenter Development ("SurgCenter"); Defendant/Counterclaim-Plaintiff Cigna Healthcare of Tennessee, Inc.; Counterclaim-Plaintiff Connecticut General Life Insurance Company; and Counterclaim-Plaintiff Cigna Health and Life Insurance Company (the Cigna entities, collectively, "Cigna") (all parties, collectively, "the parties") have conferred, and hereby stipulate and agree that the following shall

constitute the schedule for the above-captioned matter, unless further amended by agreement of

the parties and the Court, or for good cause shown:

| Event | Deadline |
|---|---|
| Rule 26(a)(1) initial disclosures | September 29, 2014 |
| Deadline to join parties | March 13, 2015 |
| Deadline to amend the pleadings | March 13, 2015, or 14 days after a Court order ruling on a motion to dismiss to the extent the Court grants leave to amend, whichever is later |
| Fact discovery deadline | July 23, 2015 (with all discovery requests and motions filed sufficiently in advance to allow a timely response) |
| Expert discovery deadlines | <ul><li>August 21, 2015:  Plaintiffs' and Counterclaim-Plaintiffs' expert disclosures</li><li>October 3, 2014:  Defendants' and Counterclaim-Defendants' rebuttal expert disclosures</li><li>October 30, 2015:  Plaintiffs' and Counterclaim-Plaintiffs' reply expert disclosures</li><li>November 25, 2015:  all expert discovery</li></ul> |
| Deadline for all motions, except motions in limine | <ul><li>December 23, 2015:  motions due</li><li>January 15, 2016:  responses due</li></ul> |
| Deadline for motions in limine | <ul><li>February 23, 2016:  motions due</li><li>March 4, 2016:  responses due</li></ul> |

| Event | Deadline |
|---|---|
| Evidentiary depositions designations | • <u>January 22, 2016</u>:  depositions designations<br><br>• <u>February 5, 2016</u>:  counter-designations<br><br>• <u>February 19, 2016</u>:  objections to designations<br><br>• <u>February 26, 2016</u>:  responses to objections to designations |
| Rule 26(a)(3) pretrial disclosures due | <u>February 19, 2016</u> |
| Trial briefs due | <u>March 5, 2016</u> |
| Proposed agreed jury instructions due | <u>March 5, 2016</u> |
| Stipulation of undisputed facts due | Five days before trial date |
| Trial begins | <u>March 16, 2016</u> |

**SO ORDERED:**

_____
    Honorable James M. Moody, Jr.
    United States District Judge