**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D. | PLAINTIFFS |
| v.   No. 3:14cv143-JM | |
| HEALTH CHOICE, LLC and CIGNA HEALTHCARE OF TENNESSEE, INC. | DEFENDANTS |
| ------------------------------------------------------------ | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, AND CIGNA HEALTHCAR E OF TENNESSEE, INC. | COUNTERCLAIM-PLAINTIFFS |
| v. | |
| SURGICAL CENTER DEVELOPMENT, INC D/B/A SURGCENTER DEVELOPMENT and TRI STATE ADVANCED SURGERY CENTER, LLC | COUNTERCLAIM-DEFENDANTS |

<u>AMENDED ORDER</u>

On April 16, 2015, the Court entered an order granting the motions to dismiss filed by Defendants Health Choice, LLC and Cigna Healthcare of Tennessee, Inc. (Docket No. 78). The final paragraph of that order contains a clerical error in that it states that as to Cigna Healthcare of Tennessee, Inc., Count II is dismissed without prejudice. This portion of the order is corrected to properly read that it is Count III that is dismissed without prejudice as to this defendant.

IT IS SO ORDERED this 20th day of April, 2015.

James M. Moody Jr.
United States District Judge