# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D., <br><br> Plaintiffs <br><br> v. <br><br> HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC., <br><br> Defendants | Case No. 3:14-CV-00143-JM |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC., <br><br> Counterclaim Plaintiffs <br> v. <br><br> SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC, <br><br> Counterclaim Defendants | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Upon consideration of Plaintiffs Tri State Advanced Surgery Center, LLC's, Glenn A. Crosby II, M.D., F.A.C.S.'s, and Michael Hood, M.D.'s ("Plaintiffs") Motion for Leave to File Amended Complaint, it is this the _____ day of _____, 2015 hereby,

ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED and the Amended Complaint attached as Exhibit A to the Motion for Leave to File Amended

1

Complaint is hereby entered into record as filed.

_____
UNITED STATES DISTRICT JUDGE