**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

|  |  |
|---|---|
| TRI STATE ADVANCED SURGERY<br>CENTER, LLC, GLENN A. CROSBY II, M.D.,<br>F.A.C.S., and MICHAEL HOOD, M.D.,<br><br>     Plaintiffs<br><br>v.<br><br>HEALTH CHOICE, LLC, and<br>CIGNA HEALTHCARE OF TENNESSEE, INC.,<br><br>     Defendants | Case No. 3:14-CV-00143-JM |
| CONNECTICUT GENERAL LIFE INSURANCE<br>COMPANY, CIGNA HEALTH AND LIFE<br>INSURANCE COMPANY, CIGNA HEALTH AND<br>LIFE INSURANCE COMPANY, and CIGNA<br>HEALTHCARE OF TENNESSEE, INC.,<br><br>     Counterclaim Plaintiffs<br>v.<br><br>SURGICAL CENTER DEVELOPMENT, INC.<br>D/B/A SURGCENTER DEVELOPMENT, and<br>TRI STATE ADVANCED SURGERY CENTER, LLC,<br><br>     Counterclaim Defendants |  |

**COUNTERCLAIM DEFENDANTS' CONSENT**
**MOTION TO EXTEND DISCOVERY DEADLINE**

Counterclaim Defendants Tri State Advanced Surgery Center, LLC ("Tri State") and

Surgical Center Development, Inc. d/b/a SurgCenter Development (collectively, "Counterclaim

Defendants") respectfully request a 90 day extension of the deadline to complete all discovery in

the Court's Amended Final Scheduling Order (ECF 59) (the "Discovery Order"), and to extend

other subsequent deadlines accordingly as set forth below. On July 10, 2015, Counterclaim

Defendants' counsel emailed Counterclaim Plaintiffs' ("Cigna") counsel asking for their consent to seek an extension of the discovery deadline in the Discovery Order. On July 14, 2015, Cigna's counsel consented to this request via email. Counterclaim Defendants do not believe that this request for an extension moots their Motion to Stay Discovery, and still believe that the relief sought in that motion is warranted. Cigna continues to oppose Counterclaim Defendants' Motion to Stay Discovery as well as Plaintiffs' Motion for Leave to File an Amended Complaint. No party has previously asked the Court to extend any deadlines in the Discovery Order.

In support of this Motion, Counterclaim Defendants state the following:

1.      This case was originally brought by Tri State and two physicians alleging antitrust and state law claims against Cigna and former Defendant Health Choice, LLC. Cigna subsequently brought ERISA and state law counterclaims. By Order dated April 16, 2015, the Court dismissed the original complaint (ECF 78). Counterclaim Defendants' Motion to Dismiss Counterclaims (ECF 61) and Plaintiffs' Motion for Leave to File an Amended Complaint (ECF 80) remain pending.

2.      The Court entered the Discovery Order on September 17, 2014 with a deadline for the completion of all discovery by December 4, 2015. When the Court entered the Discovery Order, Defendants' Motion to Dismiss was pending, and the parties had not yet briefed the Motion to Dismiss Cigna's Counterclaims.

3.      Given the schedule, the parties have worked diligently to reach agreement on the scope of the discovery and the parameters for producing significant amounts of electronic documents and data. The parties have met and conferred numerous times via telephone and e-mail regarding various discovery issues, including electronic discovery protocols, the scope of the discovery requests, the production of organizational charts, the relevant search terms and

custodians, and the identification of data fields to be produced. These discovery conferences have been successful: the parties have reached agreement on most of the outstanding issues and have avoided the need to resort to motion practice before the Court on discovery issues.

4.     Counterclaim Defendants are not seeking to extend the current discovery deadline because of a lack of agreement over the scope of discovery; rather, because Plaintiffs' claims have been dismissed, the posture of the case has changed dramatically, and because there are pending motions in front of the Court, it took the parties weeks to come to agreement over the proper scope of discovery. Much of this time has been dedicated to Counterclaim Defendants deciding what discovery would allow this case to move forward without requiring them to seek or conduct additional or duplicative discovery assuming the claims dismissed in the Court's April 16, 2015 Order are either brought back into this case, or refiled in state court.

Accordingly, Counterclaim Defendants respectfully request that the Court enter an order extending the deadline for the completion of all discovery by 90 days, to March 3, 2016, and extending other subsequent deadlines accordingly as set forth below. Cigna has consented to Counterclaim Defendants seeking this extension from Court, with the understanding that the parties have also agreed to intermediate deadlines for the completion of specific aspects of discovery (including when document production will be completed, when fact depositions will be completed, when expert reports are due, and when expert rebuttals are due) that the parties will adhere to even if the Motion for Stay of Discovery remains pending as such deadlines occur.

For the foregoing reasons, the Counterclaim Defendants ask the Court to extend the deadline to complete all discovery by 90 days, to March 3, 2016, and to extend subsequent deadlines as follows:

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Motions other than motions in limine | December 30, 2015 | March 29, 2016 |
| Motions in limine | March 4, 2016 | June 2, 2016 |
| Status Report | January 14, 2016 | April 13, 2016 |
| Pretrial Disclosure Sheet | February 12, 2016 | May 12, 2016 |
| Evidentiary deposition designations | February 12, 2016 | May 12, 2016 |
| Counter-designations | February 23, 2016 | May 23, 2016 |
| Objections to depositions/video tapes to be used at trial | February 26, 2016 | May 26, 2016 |
| Responses to objections to depositions/video tapes to be used at trial | March 1, 2016 | May 30, 2016 |
| Trial Brief | March 4, 2016 | June 2, 2016 |
| Jury Instructions | March 4, 2016 | June 2, 2016 |

Dated: July 17, 2015                             Respectfully submitted,

*/s/ W. Tucker Brown*
W. Tucker Brown
Joe R. Whatley Jr.
Whatley Kallas, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Phone: (205) 488-1200
Fax: (800) 922-4851
E-mail: jwhatley@whatleykallas.com
          tbrown@whatleykallas.com

Edith M. Kallas
Whatley Kallas, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Phone: (212) 447-7060
Fax: (800) 922-4851
E-mail: ekallas@whatleykallas.com

Deborah J. Winegard
Whatley Kallas, LLP
1068 Virginia Avenue NE
Atlanta, GA 30306
Phone: (404) 607-8222
Fax: (404) 220-9625
E-mail: dwinegard@whatleykallas.com

John Emerson
Emerson Poynter LLP
1301 Scott Street
Little Rock, AR 72202
Telephone: (501) 907-2555
Fax: (501) 907-2556
Email: jemerson@emersonpoynter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

Leigh M. Chiles (#98223)
Leo M. Bearman, Jr. (admitted *pro hac vice*)
Matthew S. Mulqueen
(admitted *pro hac vice*)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2207
Facsimile: (901) 577-2303
lchiles@bakerdonelson.com
lbearman@bakerdonelson.com
mmulqueen@bakerdonelson.com

Lea Carol Owen (admitted *pro hac vice*)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
211 Commerce Street
Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
cowen@bakerdonelson.com

John E. Tull, III (#84150)
Chad W. Pekron (#2008144)
Robert Ryan Younger (#2008209)
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201-3325
Telephone: (501) 379-1700
cpekron@qgtb.com
jtull@qgtb.com
ryounger@qgtb.com

Joshua B. Simon
Warren Haskel
Dmitriy G. Tishyevich
Christian Reigstad
Terence Y. Leong
(all admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jsimon@kirkland.com
whaskel@kirkland.com
dtishyevich@kirkland.com
creigstad@kirkland.com
tleong@kirkland.com

*/s/ W. Tucker Brown*
Of Counsel