IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRI STATE ADVANCED SURGERY
CENTER, LLC, GLENN A. CROSBY II, M.D.,
F.A.C.S., and MICHAEL HOOD, M.D.                                          PLAINTIFFS

v.                              No. 3:14cv143-JM

HEALTH CHOICE, LLC and
CIGNA HEALTHCARE OF TENNESSEE, INC.                           DEFENDANTS
-----------------------------------------------------------------------------------------------------------------
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY, CIGNA HEALTH AND LIFE
INSURANCE COMPANY, AND CIGNA
HEALTHCAR E OF TENNESSEE, INC.                          COUNTERCLAIM-PLAINTIFFS

v.

SURGICAL CENTER DEVELOPMENT, INC D/B/A
SURGCENTER DEVELOPMENT and TRI STATE
ADVANCED SURGERY CENTER, LLC                          COUNTERCLAIM-DEFENDANTS

ORDER

Pending is Counterclaim Defendants' Consent Motion to Extend Discovery Deadline (Docket No. 87). That motion is GRANTED. The deadline to complete all discovery is extended until March 3, 2016, and subsequent deadlines are extended as follows:

| Motions other than motions in limine | March 29, 2016 |
| --- | --- |
| Motions in limine | June 2, 2016 |
| Status Report | April 13, 2016 |
| Pretrial Disclosure Sheet | May 12, 2016 |
| Evidentiary deposition designations | May 12, 2016 |
| Counter-designations | May 23, 2016 |
| Objections to depositions/video tapes to be used at trial | May 26, 2016 |

| Responses to objections to depositions/video tapes to be used at trial | May 30, 2016 |
|---|---|
| Trial Brief | June 2, 2016 |
| Jury Instructions | June 2, 2016 |

The Court recognizes and appreciates the efforts of the parties to cooperate over discovery matters.

IT IS SO ORDERED this 20th day of July, 2015.

_____
James M. Moody Jr.
United States District Judge