**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TRI STATE ADVANCED
SURGERY CENTER, LLC,
GLENN A. CROSBY II, M.D.,
F.A.C.S., and MICHAEL HOOD, M.D.,

    Plaintiffs,

v.                                                                   Case No. 3:14cv0143 JM

HEALTH CHOICE, LLC, and
CIGNA HEALTHCARE OF
TENNESSEE, INC.,

    Defendants.

---

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY, CIGNA HEALTH AND LIFE
INSURANCE COMPANY, and CIGNA
HEALTHCARE OF TENNESSEE, INC.,

    Counterclaim-Plaintiffs,

v.

SURGICAL CENTER DEVELOPMENT, INC
d/b/a SURGCENTER DEVELOPMENT and
TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counterclaim-Defendants.

**NOTICE OF APPEARANCE**

       COMES NOW, Douglas F. Halijan, of Burch, Porter &Johnson, PLLC, and enters this

Notice of Appearance on behalf of Surgical Center Development, Inc. d/b/a SurgCenter

Development, Tri State Advanced Surgery Center, LLC, Glenn A. Crosby II, M.D., F.A.C.S., and Michael Hood, M.D.

All defenses are specifically reserved as this is only a notice of appearance.

>Respectfully Submitted,
>
>BURCH, PORTER & JOHNSON, PLLC
>
>/s/ Douglas F. Halijan
>Douglas F. Halijan     (BPR # 16718)
>130 North Court Avenue
>Memphis, TN  38103
>(901) 524-5000
>dhalijan@bpjlaw.com
>
>*Attorneys for Surgical Center Development, Inc. d/b/a SurgCenter Development and Tri State Advanced Surgery Center, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been filed via the ECF filing system which will electronically serve a copy on all counsel of record this 13th day of October, 2015.

>/s/ Douglas F. Halijan