**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, et al. | PLAINTIFFS |
| v.    CASE NO.  3:14-CV-00143 JM | |
| HEALTH CHOICE, LLC, et al. | DEFENDANTS |

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al. | COUNTERCLAIM-PLAINTIFFS |
| v. | |
| SURGICAL CENTER DEVELOPMENT, INC. et al. | COUNTERCLAIM-DEFENDANTS |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that Scott Poynter counsel to Surgical Center Development, Inc. d/b/a SurgCenter Development, Tri State Advanced Surgery Center, LLC, Glenn A. Crosby II, M.D., F.A.C.S., and Michael Hood, M.D. has changed his firm affiliation. Mr. Poynter is registered with ECF and has updated his information in the system.  But should he need to be reached or a document needs to be mailed to him, his contact information is as follows:

>Scott Poynter
>Of Counsel
>scott@poynterlawgroup.com
>STEEL, WRIGHT, & COLLIER, PLLC
>400 W. Capitol Ave., Suite 2910
>Little Rock, AR 72201
>Phone:  (501) 251-1587

DATED:  October 16, 2015						Respectfully submitted,


						_____/s/ Scott Poynter_____

						Scott Poynter
						Of Counsel
						scott@poynterlawgroup.com
						**STEEL, WRIGHT, & COLLIER, PLLC**
						400 W. Capitol Ave., Suite 2910
						Little Rock, AR 72201
						Phone:  (501) 251-1587

						Douglas F. Halijan
						**BURCH, PORTER & JOHNSON, PLLC**
						130 North Court Avenue
						Memphis, TN 38103
						Phone:  (901) 524-5000


## CERTIFICATE OF SERVICE

I certify that on this 16th day of October, 2015, this document was filed via the ECF system, which will electronically serve same upon all attorneys appearing in the action via the same electronic system.


						_____/s/ Scott Poynter_____