**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TRI STATE ADVANCED SURGERY CENTER, LLC,
GLENN A. CROSBY II, M.D., and MICHAEL HOOD, M.D.,

    Plaintiffs,

v.                                                                         Case No. 3:14cv0143 JM

HEALTH CHOICE, LLC, and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Defendants.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTH AND LIFE INSURANCE COMPANY, and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Counterclaim-Plaintiffs,

v.

SURGICAL CENTER DEVELOPMENT, INC
d/b/a SURGCENTER DEVELOPMENT and
TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counterclaim-Defendants.

**MOTION FOR ADMISSION *PRO HAC VICE* OF
CHARLES SILVESTRI HIGGINS**

Under Local Rule 83.5, undersigned counsel, in association with local counsel Scott Poynter, Steel, Wright, & Collier, PLLC, 400 W. Capitol Ave., Suite 2910, Little Rock, AR 72201, moves for admission, *pro hac vice*, of the following attorney to appear and participate as additional counsel for Tri State Advanced Surgery Center, LLC, Glenn A. Crosby II, M.D., Michael Hood, M.D., and Surgical Center Development, Inc. d/b/a SurgCenter Development:

            Charles Silvestri Higgins
            Burch, Porter & Johnson, PLLC
            130 North Court Avenue
            Memphis, TN 38103
            Phone: (901) 524-5000
            Fax: (901) 524-5024
            Email: chiggins@bpjlaw.com

Mr. Higgins is a member in good standing of the bar of the State of Tennessee; U.S. District Court for the Western District of Tennessee Western Division; U.S. District Court of the Middle District of Tennessee; and the United States Court of Appeals for the Sixth Circuit.  Mr. Higgins affirms that he will be subject to and abide by the rules of this Court and also recognizes this Court's jurisdiction over him on matters of discipline.

WHEREFORE, undersigned counsel requests the Court to grant the above-named counsel permission to appear and participate *pro hac vice* in this action.

Dated: October 28, 2015			BURCH, PORTER & JOHNSON, PLLC

/s/ Douglas F. Halijan
Douglas F. Halijan  (Tenn. Bar No.  # 16718)
Molly Glover  (Tenn. Bar No. 16113)
   (*pro hac motion pending*)
Shea B. Oliver (Tenn. Bar No. 29330)
   (*pro hac motion pending*)
Charles S. Higgins (Tenn. Bar No. 30184)
   (*pro hac motion pending*)
130 North Court Avenue
Memphis, TN  38103
Phone: (901) 524-5000
Fax: (901) 524-5024
dhalijan@bpjlaw.com
mglover@bpjlaw.com
soliver@bpjlaw.com
chiggins@bpjlaw.com

Scott Poynter (AR # 90077)
STEEL, WRIGHT, & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Phone: (501) 251-1587
scott@poynterlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been filed via the ECF filing system which will electronically serve a copy on all counsel of record this 28th day of October, 2015.

/s/ Douglas F. Halijan
Douglas F. Halijan