**IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D., | |
| Plaintiffs | |
| v. | Case No. 3:14-CV-00143-JM |
| HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC., | |
| Defendants | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC., | |
| Counterclaim Plaintiffs | |
| v. | |
| SURGICAL CENTER DEVELOPMENT, INC. d/b/a SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC, | |
| Counterclaim Defendants | |

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

---

COME NOW the parties, Tri State Advanced Surgery Center, LLC ("Tri State"), Surgical Center Development, Inc. ("SurgCenter"), Dr. Glenn A. Crosby, II and Dr. Michael Hood (collectively "Tri State Parties"); Cigna Healthcare of Tennessee, Inc., Connecticut General Life Insurance Company, and Cigna Health and Life Insurance Company (collectively "Cigna Parties"); and Health Choice LLC ("Health Choice"), and respectfully file this Joint

Motion to Amend Scheduling Order, including certain pleading and discovery deadlines and the trial setting of this matter.

In support of this Motion, the Parties would respectfully show as follows:

1. This case was originally filed by Tri State, Dr. Crosby and Dr. Hood alleging antitrust and state law claims against Cigna Healthcare of Tennessee, Inc. and Health Choice. (ECF 1). The Cigna Parties subsequently filed counterclaims pursuant to RICO, ERISA and state law against Tri State and against SurgCenter as a third-party defendant. (ECF 49).

2. On August 24, 2014, the Cigna Parties and Health Choice filed, respectively, motions pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the claims asserted against them by the Tri State Parties.

3. On October 10, 2014, Tri State and SurgCenter filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the counter- or third-party claims filed against them by the Cigna Parties.

4. By Order dated April 16, 2015, the Court granted the motions to dismiss of the Cigna Parties and Health Choice as to the original complaint of Tri State and Drs. Crosby and Hood. (ECF 78). While the Court dismissed the federal-question claims asserted in the original complaint by Tri State, Dr. Crosby, and Dr. Hood with prejudice, it declined to exercise supplemental jurisdiction over the state law claims under 28 U.S.C. 1367(c) and thus dismissed those claims without prejudice. *Id.*

5. Approximately five months later, by Order dated September 30, 2015, the Court granted in part and denied in part the motion of Tri State and SurgCenter to dismiss the Cigna Parties' counter- and third-party claims. (ECF 61). More specifically, with the exception of one count arising under ERISA, the Court dismissed all of the Cigna Parties' claims under federal

law, but denied the motion to dismiss as it related to several of the state law claims alleged by the Cigna Parties.

6.      On October 28, 2015, Tri State and SurgCenter answered the surviving counterclaims of the Cigna Parties.  (ECF 101).  Tri State and SurgCenter also filed new federal claims under ERISA, along with several state law counterclaims that largely parallel the state claims asserted in the original complaint against the Cigna Parties.  *Id.*  Tri State, Dr. Hood and Dr. Crosby also filed claims against Health Choice LLC that parallel the claims originally asserted in the original complaint.

7.      Thus, while the orientation of the parties has changed from the alignment of the original complaint, the same parties and most of the same claims are now again before the Court. Health Choice, which had been dismissed without prejudice in the Court's April 16, 2015 order, is now again a party in the case.

8.      Given the new federal and re-asserted state claims of the Tri State Parties alleged in their Answer, Counter-Counter and Third Party Claims filed on October 28, 2015 (ECF 101), and given that Health Choice has now again a party in the case, the Parties agree that an amendment to the present scheduling order and a short continuance of the trial date is necessary. Such extension will allow the Parties to (1) brief the motions to dismiss that the Cigna Parties and Health Choice expect to file, (2) conduct and complete all necessary discovery as to all claims, including the new and/or refiled state law claims asserted by the Tri State Parties, with the parties reserving their rights to object to such discovery, including the appropriate scope of discovery. (3) conduct and complete expert discovery related to all claims, and (4) prepare for trial efficiently and expeditiously.

9.      Counsel for the parties have conferred and respectfully propose for the Court's

consideration the following revised dates and deadlines set forth below. These revised dates and deadlines would necessitate a continuance of the presently-scheduled trial date (July 18, 2016) to a new date that is approximately five to six months later, and no earlier than January 8, 2017.

| | |
|---|---|
| Filing of initial motions to dismiss re counter-counter-claims and third party claims | December 4, 2015 |
| Deadline for service of interrogatories and requests for production by/between Cigna and Plaintiffs/Counterclaim Defendants– | December 4, 2015 |
| Deadline for service of interrogatories and requests for production by/between Health Choice and all Parties | January 4, 2016 |
| Document production completed by/between Cigna and Plaintiffs/Counterclaim Defendants | February 5, 2016, with all parties to produce documents on a rolling basis |
| Document production completed by/between Health Choice and all Parties | March 31, 2016 |
| Deposition deadline – fact witnesses (including third party discovery) | May 31, 2016 |
| Expert reports due | June 29, 2016 |
| Expert rebuttal reports due (if any) | July 29, 2016 |
| Deposition deadline – expert witnesses | August 10, 2016 |
| Dispositive Motions/ All motions other than motions in limine | September 9, 2016 |
| Motions in limine | November 16, 2016 |
| Status Report | October 12, 2016 |

| Pretrial Disclosure Sheet | November 16, 2016 |
|---|---|
| Evidentiary deposition designations | November 16, 2016 |
| Counter-designations | November 25, 2016 |
| Objections to depositions/video tapes to be used at trial | November 30, 2016 |
| Responses to objections to depositions/video tapes to be used at trial | December 7, 2016 |
| Trial Brief | December 14, 2016 |
| Jury Instructions | December 14, 2016 |

Accordingly, the Parties respectfully request that the present scheduling order in this matter be amended as proposed hereinabove, and that the Court reset the trial of this matter (and all related pre-trial deadlines preceding such trial date) to a date convenient to the Court no earlier than January 8, 2017.

Dated: November 16, 2015        Respectfully submitted,

/s/ Douglas F. Halijan
Douglas F. Halijan  (BPR # 16718)
Molly Glover  (Tenn. Bar No. 16113) (admitted pro hac vice)
Shea B. Oliver  (Tenn. Bar No. 29330) (admitted pro hac vice)
Charles S. Higgins  (Tenn. Bar No. 30184) (admitted pro hac vice)
130 North Court Avenue
Memphis, TN 38103
Phone: (901) 524-5000
Fax: (901) 524-5024
dhalijan@bpjlaw.com
mglover@bpjlaw.com
soliver@bpjlaw.com
chiggins@bpjlaw.com

Scott Poynter (AR # 90077)
STEEL, WRIGHT, & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910

Little Rock, AR 72201
Phone: (501) 251-1587
scott@poynterlawgroup.com

ATTORNEYS FOR TRI STATE PARTIES


/s/ Dmitriy G. Tishyevich
Joshua B. Simon
Warren Haskel
Dmitriy G. Tishyevich
(all admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jsimon@kirkland.com
whaskel@kirkland.com
dtishyevich@kirkland.com

ATTORNEYS FOR CIGNA PARTIES


/s/ Leigh M. Chiles
Leigh M. Chiles (#98223)
Leo M. Bearman, Jr. (admitted pro hac vice)
Matthew S. Mulqueen (admitted pro hac vice)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2207
Facsimile: (901) 577-2303
lchiles@bakerdonelson.com
lbearman@bakerdonelson.com
mmulqueen@bakerdonelson.com

Lea Carol Owen (admitted pro hac vice)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
cowen@bakerdonelson.com

ATTORNEYS FOR HEALTH CHOICE, LLC

## CERTIFICATE OF SERVICE

      I, Douglas F. Halijan, hereby certify that on this 16th day of November, 2015, I filed the foregoing with the Clerk of the Court and that the ECF system will send notification of filing to all counsel of record.

                  /s/ Douglas F. Halijan