# IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D., <br><br> Plaintiffs <br><br> v. <br><br> HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC., <br><br> Defendants | Case No. 3:14-CV-00143-JM |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC., <br><br> Counterclaim Plaintiffs <br> v. <br><br> SURGICAL CENTER DEVELOPMENT, INC. d/b/a SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC, <br><br> Counterclaim Defendants | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Pending is parties' Joint Motion to Extend Discovery Deadline (Docket No. 106). That motion is GRANTED. The Scheduling Order is amended as follows:

| | |
|---|---|
| Filing of initial motions to dismiss re counter-counter-claims and third party claims | December 4, 2015 |

1

| | |
|---|---|
| Deadline for service of interrogatories and requests for production by/between Cigna and Plaintiffs/Counterclaim Defendants– | December 4, 2015 |
| Deadline for service of interrogatories and requests for production by/between Health Choice and all Parties | January 4, 2016 |
| Document production completed by/between Cigna and Plaintiffs/Counterclaim Defendants | February 5, 2016, with all parties to produce documents on a rolling basis |
| Document production completed by/between Health Choice and all Parties | March 31, 2016 |
| Deposition deadline – fact witnesses (including third party discovery) | May 31, 2016 |
| Expert reports due | June 29, 2016 |
| Expert rebuttal reports due (if any) | July 29, 2016 |
| Deposition deadline – expert witnesses | August 10, 2016 |
| Dispositive Motions/ All motions other than motions in limine | September 9, 2016 |
| Motions in limine | November 16, 2016 |
| Status Report | October 12, 2016 |
| Pretrial Disclosure Sheet | November 16, 2016 |
| Evidentiary deposition designations | November 16, 2016 |
| Counter-designations | November 25, 2016 |
| Objections to depositions/video tapes to be used at trial | November 30, 2016 |

3

| Responses to objections to depositions/video tapes to be used at trial | December 7, 2016 |
|---|---|
| Trial Brief | December 14, 2016 |
| Jury Instructions | December 14, 2016 |

It is further ordered that the trial of this matter (and all related pre-trial deadlines preceding such trial date) will be reset to a date convenient to the Court no earlier than January 8, 2017.

IT IS SO ORDERED this 16th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE