**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D., | |
| Plaintiffs | |
| v. | Case No. 3:14-CV-00143-JM |
| HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC., | |
| Defendants | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC., | |
| Counterclaim Plaintiffs | |
| v. | |
| SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC, | |
| Counterclaim Defendants | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** the following counsel of record for Plaintiffs and hereby moves this

Court to withdraw his appearance in the above-captioned action and requests that no further

notices be given to or required of him in the action, and that no documents or other pleadings in

the action be given upon him:

1

Joe R. Whatley, Jr.
Whatley Kallas, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Phone: (205) 488-1200
Fax: (800) 922-4851
E-mail: jwhatley@whatleykallas.com

Dated: November 30, 2015

Respectfully submitted,


*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley Jr.
Whatley Kallas, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Phone: (205) 488-1200
Fax: (800) 922-4851
E-mail: jwhatley@whatleykallas.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Joe R. Whatley, Jr.*