## IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D., <br><br> Plaintiffs <br><br> v. <br><br> HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC., <br><br> Defendants | Case No. 3:14-CV-00143-JM |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC., <br><br> Counterclaim Plaintiffs <br> v. <br><br> SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC, <br><br> Counterclaim Defendants | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

For good cause shown, the Court hereby grants Plaintiffs' Motion to Withdraw as Counsel, allowing Joe R. Whatley, Jr., to withdraw as counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

This the ____ day of _____, 2015.

_____
United States Magistrate Judge