IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D. | | PLAINTIFFS |
| v. | No. 3:14cv143-JM | |
| HEALTH CHOICE, LLC and CIGNA HEALTHCARE OF TENNESSEE, INC. | | DEFENDANTS |

-------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, AND CIGNA HEALTHCAR E OF TENNESSEE, INC. | | COUNTERCLAIM-PLAINTIFFS |
| v. | | |
| SURGICAL CENTER DEVELOPMENT, INC D/B/A SURGCENTER DEVELOPMENT and TRI STATE ADVANCED SURGERY CENTER, LLC | | COUNTERCLAIM-DEFENDANTS |

## ORDER

Pending are several motions to withdraw as counsel of record (Dockets No. 114-117). Those motions are granted, and the following individuals are removed as counsel of record for Plaintiff: Joe R. Whatley, Jr., Edith M. Kallas, Deborah J. Winegard, and W. Tucker Brown, all of Whatley Kallas, LLP.

IT IS SO ORDERED this 30th day of November, 2015.

_____
James M. Moody Jr.
United States District Judge