## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D.,**

    **Plaintiffs,**

    **vs.**                                   Civil Action No. 3:14-CV-00143-JM

**HEALTH CHOICE, LLC, and CIGNA HEALTHCARE OF TENNESSEE, INC.,**

    **Defendants.**

---

**CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE OF TENNESSEE, INC.,**

    **Counterclaim-Plaintiffs,**

    **vs.**

**SURGICAL CENTER DEVELOPMENT, INC. d/b/a SURGCENTER DEVELOPMENT, and TRI STATE ADVANCED SURGERY CENTER, LLC,**

    **Counterclaim-Defendants.**

---

**TRI STATE ADVANCED SURGERY CENTER, LLC,**

    **Counter-Counterclaim-Plaintiff,**

**and**

**GLENN A. CROSBY, II, M.D. and MICHAEL HOOD, M.D.,**

    **Third-Party Plaintiffs,**

    **vs.**

**CIGNA HEALTHCARE OF TENNESSEE, INC.**
**and HEALTH CHOICE, LLC,**

    Counter-Counterclaim and
    Third-Party Defendants.

---

### JOINT MOTION FOR EXTENSION OF TIME TO FILE
### RESPONSE AND REPLY BRIEFS

---

COME NOW Tri State Advanced Surgery Center, LLC, Surgical Center Development, Inc., Dr. Glenn A. Crosby, II, and Dr. Michael Hood (collectively "Tri State Parties"); and Cigna Healthcare of Tennessee, Inc., Connecticut General Life Insurance Company, and Cigna Health and Life Insurance Company (collectively "Cigna Parties"), and file this Joint Motion for Extension of Time of the deadlines for filing response and reply briefs , respectively, concerning Cigna's Motion to Dismiss Counter-Counterclaims filed on December 4, 2015 (DE # 123).

In support of this Motion, the Tri State Parties and Cigna Parties would respectfully show as follows:

    1.    The Cigna Parties filed a Motion to Dismiss Counter-Counterclaims of the Tri State Parties on December 4, 2015 (DE #123). Under the Local Rules of this Court, the Tri State Parties' response is therefore due on or before December 21, 2015.

    2.    Given the number of issues raised and claims addressed in the Motion, as well as the upcoming holidays and previously-scheduled travel by counsel, the Tri State Parties respectfully request an extension of time through and including January 8, 2016, to file their response.

    3.    The Cigna Parties do not oppose the granting of the extension sought by the Tri State Parties.

4.	In light of the above, the Cigna Parties also request an extension of their deadline for filing a reply to the Tri State Parties' response through and including January 29, 2016.

5.	The Tri State Parties do not oppose the granting of the extension of time to file a reply brief requested by the Cigna Parties.

WHEREFORE, PREMISES CONSIDERED, the Tri State Parties and the Cigna Parties request that the Tri State Parties be granted an extension through and including January 8, 2016 within which to file their response to Cigna's Motion to Dismiss Counter-Counterclaims and that the Cigna Parties be granted through and including January 29, 2016 within which to file their reply to that response.  In accordance with the Local Rules of this Court, a proposed order granting the relief requested is being submitted to the Court herewith.

Respectfully submitted,

/s/ Douglas F. Halijan
Douglas F. Halijan  (BPR # 16718)
Molly Glover  (Tenn. Bar No. 16113) (admitted pro hac vice)
Shea B. Oliver (Tenn. Bar No. 29330) (admitted pro hac vice)
Charles S. Higgins (Tenn. Bar No. 30184) (admitted pro hac vice)
130 North Court Avenue
Memphis, TN  38103
Phone: (901) 524-5000
Fax: (901) 524-5024
dhalijan@bpjlaw.com
mglover@bpjlaw.com
soliver@bpjlaw.com
chiggins@bpjlaw.com

Scott Poynter (AR # 90077)
STEEL, WRIGHT, & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Phone: (501) 251-1587
scott@poynterlawgroup.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Warren Haskel
Joshua B. Simon
Warren Haskel
Dmitriy G. Tishyevich
(all admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
jsimon@kirkland.com
whaskel@kirkland.com
dtishyevich@kirkland.com

John E. Tull, III (#84150)
Chad W. Pekron (#2008144)
Robert Ryan Younger (#2008209)
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center Street
Suite 1900
Little Rock, AR  72201-3325
Telephone:  (501) 379-1700
cpekron@qgtb.com
jtull@qgtb.com
ryounger@qgtb.com

**ATTORNEYS FOR CIGNA PARTIES**

**CERTIFICATE OF SERVICE**

I, Douglas F. Halijan, hereby certify that on this 10th day of December, 2015, I filed the foregoing with the Clerk of the Court and that the ECF system will send notification of filing to all counsel of record.

/s/ Douglas F. Halijan