IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D. | | PLAINTIFFS |
| v. | No. 3:14cv143-JM | |
| HEALTH CHOICE, LLC and CIGNA HEALTHCARE OF TENNESSEE, INC. | | DEFENDANTS |
| ---------------------------------------------------------------- | | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, AND CIGNA HEALTHCAR E OF TENNESSEE, INC. | | COUNTERCLAIM-PLAINTIFFS |
| v. | | |
| SURGICAL CENTER DEVELOPMENT, INC D/B/A SURGCENTER DEVELOPMENT and TRI STATE ADVANCED SURGERY CENTER, LLC | | COUNTERCLAIM-DEFENDANTS |

ORDER

Before the Court is the Motion of Health Choice, LLC ("Health Choice") for Leave to File Under Seal. (Doc. 132). For good cause shown, the Motion is GRANTED.

Accordingly, the Clerk is directed to file Health Choice's Reply Memorandum in Support of its Motion to Strike or, in the Alternative, Motion to Dismiss, along with the amendment attached to the Reply Memorandum, under seal; Health Choice will file in the public docket a redacted version of the Reply Memorandum.

IT IS SO ORDERED this 13th day of January, 2016.

_____
James M. Moody Jr.
United States District Judge