✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT    ARKANSAS

TRI STATE ADVANCED SURGERY CENTER, LLC, et al.

**NOTICE**

v.

CASE NUMBER: 3:14cv00143 JM

HEALTH CHOICE, LLC, et al.

TYPE OF CASE:

| X **CIVIL** | ☐**CRIMINAL** |

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol Avenue<br>Little Rock, Arkansas | 4A |
| | DATE AND TIME |
| | 3/29/2016 at 10:30am |

TYPE OF PROCEEDING

HEARING ON MOTION for Discovery [138] before the Honorable JAMES M. MOODY JR.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 8, 2016          /s/ Kacie Glenn
DATE                   (BY) DEPUTY CLERK

TO: Counsel of Record
    U.S. District Judge
    File