**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| TRI STATE ADVANCED SURGERY CENTER, LLC, GLENN A. CROSBY II, M.D., F.A.C.S., and MICHAEL HOOD, M.D. | PLAINTIFFS |
| v.    No. 3:14cv143-JM | |
| HEALTH CHOICE, LLC and CIGNA HEALTHCARE OF TENNESSEE, INC. | DEFENDANTS |
| -------------------------------------------------------------------------- | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY, AND CIGNA HEALTHCAR E OF TENNESSEE, INC. | COUNTERCLAIM-PLAINTIFFS |
| v. | |
| SURGICAL CENTER DEVELOPMENT, INC D/B/A SURGCENTER DEVELOPMENT and TRI STATE ADVANCED SURGERY CENTER, LLC | COUNTERCLAIM-DEFENDANTS |

<u>ORDER</u>

A hearing was held on March 29, 2016 on the motion for miscellaneous discovery relief filed by Surgery Center Development, Inc. ("SurgCenter"), Tri State Advanced Surgery, LLC (Tri State) and Doctors Crosby and Hood (Docket No. 138).  The motion was opposed by Cigna Healthcare of Tennessee, Inc., Cigna Health and Life Insurance Company, and Connecticut General Life Insurance Company (collectively "Cigna").  As stated on the record, that motion is denied.

Counsel for SurgCenter, Tri State, and Doctors Crosby and Hood are seeking access to discovery materials produced pursuant to a protective order in *Arapahoe Surgery Center, LLC, at al. v. Cigna Healthcare, Inc., et al.*, Case No. 1:13cv3442 (D. Colo) ("*Arapahoe")*.  While counsel for the parties to the *Arapahoe* protective order could themselves have consented to the

relief requested by the movant's at this time, and have done so in another action involving these parties in Maryland, the Court is unwilling to order this result over Cigna's objection. Furthermore, the request is untimely and would place additional burdens on Cigna's preparations in this matter to expand the scope of documents in this case to include those confidential documents produced in *Arapahoe*.

For these reasons, the motion for miscellaneous discovery relief (Docket No. 138) is DENIED.

IT IS SO ORDERED this 31st day of March, 2016.

James M. Moody Jr.
United States District Judge