# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TRI STATE ADVANCED SURGERY CENTER, LLC,
GLENN A. CROSBY II, M.D., F.A.C.S., and
MICHAEL HOOD, M.D.,

    Plaintiffs,

vs.                                                                                    **Civil Action No. 3:14-CV-00143-JM**

HEALTH CHOICE, LLC, and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Defendants.

---

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTH AND LIFE INSURANCE COMPANY and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Counterclaim-Plaintiffs,

vs.

SURGICAL CENTER DEVELOPMENT, INC. d/b/a SURGCENTER DEVELOPMENT, and
TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counterclaim-Defendants.

---

## ORDER ON UNOPPOSED JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER

Before the Court is the Unopposed Joint Motion of Tri State Advanced Surgery Center, LLC, Surgical Center Development, Inc., Dr. Glenn A. Crosby, II, and Dr. Michael Hood (collectively "Plaintiffs") and Defendant Health Choice, LLC ("Health Choice"), to extend deadlines for fact witness discovery, expert disclosure, expert depositions and dispositive motions. For good cause shown, the Motion is granted. The following deadlines will be extended as follows:

1. Completing fact witness depositions from May 31, 2016 to July 8, 2016;

2. Disclosure of expert witnesses from June 29, 2016 to July 22, 2016;

3. Producing expert rebuttal reports from July 29, 2016 to August 24, 2016;

1

4. Completing expert depositions from August 10, 2016 to September 15, 2016; and

5. Filing dispositive motions from September 9, 2016 to September 23, 2016.

SO ORDERED this 15th day of April, 2016.

                                                                                           _____
James M. Moody, Jr.
United States District Judge