**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TRI STATE ADVANCED SURGERY CENTER, LLC,
GLENN A. CROSBY II, M.D., F.A.C.S., and
MICHAEL HOOD, M.D.,

    Plaintiffs,

vs.                                                         **Civil Action No. 3:14-CV-00143-JM**

HEALTH CHOICE, LLC, and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Defendants.

---

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTH AND LIFE INSURANCE COMPANY and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Counterclaim-Plaintiffs,

vs.

SURGICAL CENTER DEVELOPMENT, INC. d/b/a SURGCENTER DEVELOPMENT, and
TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counterclaim-Defendants.

---

TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counter-Counterclaim-Plaintiff,

and

GLENN A. CROSBY, II, M.D. and MICHAEL HOODS, M.D.,

    Third-Party Plaintiffs,

vs.

CIGNA HEALTHCARE OF TENNESSEE, INC.,
CIGNA HEALTH AND LIFE INSURANCE COMPANY, and
CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

    Counter-Counterclaim Defendants.

and

HEALTH CHOICE, LLC,

Third-Party Defendants

---

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Tri State Advanced Surgery Center, LLC, Dr. Glenn A. Crosby, II, and Dr. Michael Hood (collectively "Plaintiffs") and HealthChoice, LLC ("Defendant") that this action shall be dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: October 19, 2016                    Respectfully submitted,

s/ Molly Glover
Douglas F. Halijan  (BPR # 16718)
Molly Glover  (Tenn. Bar No. 16113) (admitted pro hac vice)
Shea B. Oliver (Tenn. Bar No. 29330) (admitted pro hac vice)
130 North Court Avenue
Memphis, TN  38103
Phone: (901) 524-5000
Fax: (901) 524-5024
dhalijan@bpjlaw.com
mglover@bpjlaw.com
soliver@bpjlaw.com

Scott Poynter (AR # 90077)
STEEL, WRIGHT, & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Phone: (501) 251-1587
scott@poynterlawgroup.com

***ATTORNEYS FOR PLAINTIFFS***

/s/ Leigh M. Chiles
Leigh M. Chiles (#98223)
Leo M. Bearman, Jr. (admitted pro hac vice)
Matthew S. Mulqueen (admitted pro hac vice)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2207
Facsimile: (901) 577-2303
lchiles@bakerdonelson.com
lbearman@bakerdonelson.com
mmulqueen@bakerdonelson.com

***ATTORNEYS FOR HEALTHCHOICE, LLC***


/s/ Leigh M. Chiles
Leigh M. Chiles (#98223)
Leo M. Bearman, Jr. (admitted pro hac vice)
Matthew S. Mulqueen (admitted pro hac vice)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2207
Facsimile: (901) 577-2303
lchiles@bakerdonelson.com
lbearman@bakerdonelson.com
mmulqueen@bakerdonelson.com

***ATTORNEYS FOR HEALTHCHOICE, LLC***