**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TRI STATE ADVANCED SURGERY CENTER, LLC,
GLENN A. CROSBY II, M.D., F.A.C.S., and
MICHAEL HOOD, M.D.,

    Plaintiffs,

vs.                                                         **Civil Action No. 3:14-CV-00143-JM**

HEALTH CHOICE, LLC, and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Defendants.

---

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
CIGNA HEALTH AND LIFE INSURANCE COMPANY and
CIGNA HEALTHCARE OF TENNESSEE, INC.,

    Counterclaim-Plaintiffs,

vs.

SURGICAL CENTER DEVELOPMENT, INC. d/b/a SURGCENTER DEVELOPMENT, and
TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counterclaim-Defendants.

---

TRI STATE ADVANCED SURGERY CENTER, LLC,

    Counter-Counterclaim-Plaintiff,

and

GLENN A. CROSBY, II, M.D. and MICHAEL HOODS, M.D.,

    Third-Party Plaintiffs,

vs.

CIGNA HEALTHCARE OF TENNESSEE, INC.,
CIGNA HEALTH AND LIFE INSURANCE COMPANY, and
CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

    Counter-Counterclaim Defendants.

and

HEALTH CHOICE, LLC,

Third-Party Defendants

---

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Tri State Advanced Surgery Center, LLC, Glenn A. Crosby II, M.D., F.A.C.S. and Michael Hood, M.D. (collectively "Plaintiffs") and Defendants Cigna Healthcare of Tennessee, Inc., Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (collectively "Cigna"), that this action shall be dismissed *with prejudice* as to any and all claims, counterclaims, counter-counterclaims and third-party claims asserted by or between them herein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

IT IS FURTHER STIPULATED AND AGREED by and between Cigna and Counterclaim Defendant Surgical Center Development, Inc. d/b/a Surgcenter Development ("Surgcenter") that Cigna's claims in this action against Surgcenter shall be dismissed *without prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

Dated: October 20, 2016        Respectfully submitted,

/s/ Warren Haskel
Joshua B. Simon
Warren Haskel
Dmitriy G. Tishyevich
(all admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
jsimon@kirkland.com
whaskel@kirkland.com
dtishyevich@kirkland.com

John E. Tull, III (#84150)
Chad W. Pekron (#2008144)
Robert Ryan Younger (#2008209)
Quattlebaum, Grooms, Tull & Burrow, PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201-3325
Telephone: (501) 379-1700
cpekron@qgtb.com
jtull@qgtb.com
ryounger@qgtb.com

***ATTORNEYS FOR COUNTER CLAIM PLAINTIFFS***

s/ Molly Glover
Douglas F. Halijan (BPR # 16718)
Molly Glover (Tenn. Bar No. 16113) (admitted pro hac vice)
Shea B. Oliver (Tenn. Bar No. 29330) (admitted pro hac vice)
Charles S. Higgins (Tenn. Bar No. 30184) (admitted pro hac vice)
130 North Court Avenue
Memphis, TN 38103
Phone: (901) 524-5000
Fax: (901) 524-5024
dhalijan@bpjlaw.com
mglover@bpjlaw.com
soliver@bpjlaw.com
chiggins@bpjlaw.com

Scott Poynter (AR # 90077)
STEEL, WRIGHT, & COLLIER, PLLC
400 W. Capitol Ave., Suite 2910
Little Rock, AR 72201
Phone: (501) 251-1587
scott@poynterlawgroup.com

***ATTORNEYS FOR COUNTER CLAIM DEFENDANT***